

FILED
HARRISBURG
OCT 1 2 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN DORSON and ANNELIESE DORSON and DAN DORSON and ANNELIESE DORSON, as Parents, Natural Guardians and next Friends of TESSA DORSON, a Minor,  Plaintiffs  v. | DOCKET NO. 1:06-CV-29  JUDGE CONNER |
| BOROUGH OF LYKENS, CHRIS WADE, individually and in his official capacity as an agent and official of the Borough of Lykens, Pennsylvania, and MICHAEL KRASKA, individually and in his official capacity as an agent and official of the Borough of Lykens, Pennsylvania,  Defendants | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 12th day of October, 2006, upon consideration of the Joint Motion and Stipulation for Dismissal Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED and DECREED that said Joint Motion is GRANTED and this action is hereby dismissed with prejudice as to

Defendants, Michael Kraska, individually and in his official capacity; and Chris Wade, individually and in his official capacity, only, with each party hereto to bear its own expenses and fees.

BY THE COURT

Christopher C. Conner
United States District Judge