## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAN DORSON, et al.,** | : | **CIVIL ACTION NO. 1:06-CV-0029** |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **BOROUGH OF LYKENS, et al.,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 13th day of December, 2006, upon consideration of the joint

motion (Doc. 14) for leave to settle or compromise a minor's action, and it appearing

that the terms of the proposed settlement agreement (Doc. 14, Ex. A) are reasonable

and fair and in the best interests of the minor plaintiff, it is hereby ORDERED that:

1. The joint motion (Doc. 14) for leave to settle or compromise a minor's action is GRANTED.

2. The settlement of $12,000 is fair, reasonable, and in the best interests of plaintiff Tessa Dorson, and shall be distributed as follows:

   a. The sum of $10,000 shall be paid to plaintiffs Dan Dorson and Anneliese Dorson.

   b. The sum of $2,000 shall be deposited in a federally-insured financial institution or savings bank in the name of Tessa Dorson.

      i. No withdrawal of funds shall be made during Tessa Dorson's minority without prior leave of court.

      ii. The balance of the account shall be relinquished to Tessa Dorson upon attainment of eighteen (18) years of age.

      iii. The selected financial institution or bank shall be provided with a copy of this order.

   S/ Christopher C. Conner   
CHRISTOPHER C. CONNER   
United States District Judge