**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAN DORSON as Parent, Natural Guardian and next Friend of Tessa Dorson, et *al.*,** | : : : | **CIVIL ACTION NO. 1:06-CV-0029** |
| **Plaintiffs** | : | |
| v. | : : | **(Judge Conner)** |
| **BOROUGH OF LYKENS,** | : | |
| **Defendant** | : | |

## **ORDER**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.


Dated: December 15, 2006          S/ Christopher C. Conner
                                  CHRISTOPHER C. CONNER
                                  United States District Judge